UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD KLIPPER,<br><br>             Plaintiff,<br><br>         v.<br><br>CALIFORNIA DEPARTMENT OF, CORRECTIONS, et al.,<br><br>             Defendants. | CASE NO. ED CV 12-0196-GHK (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED:  3/26/12 .

GEORGE H. KING
UNITED STATES DISTRICT JUDGE