UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRAD KLIPPER, | ) | Case No. ED CV 12-0196-GHK (PJW) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 3/26/12.

GEORGE H. KING
UNITED STATES DISTRICT JUDGE